UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

RENE ORTIZ,

          Plaintiff,

   v.

RODNEY HACKNEY,

          Defendant.

Nos. 2:19-cv-02089-TLN-DB
2:19-cv-02090-KJM-DB
2:19-cv-02094-JAM-DB
2:19-cv-02098-TLN-CKD

**ORDER RELATING CASES**

RENE ORTIZ,

          Plaintiff,

   v.

MICHELE KWOK,

          Defendant.

| | |
|---|---|
| RENE ORTIZ, | |
| | Plaintiff, |
| v. | |
| MARY MARKEY, | |
| | Defendant. |

| | |
|---|---|
| RENE ORTIZ, | |
| | Plaintiff, |
| v. | |
| WENDY TORRES, | |
| | Defendant. |

The Court has reviewed Defendants' respective Notices of Related Cases filed in each of the above-captioned actions on October 18, 2019 (ECF Nos. 4, 4, 4, 3, respectively). Examination of the above-captioned actions reveals that they are related within the meaning of Local Rule 123 (E.D. Cal. 1997). Pursuant to Rule 123 of the Local Rules of the United States District Court for the Eastern District of California, two actions are related when they involve the same parties and are based on a same or similar claim; when they involve the same transaction, property, or event; or when they "involve similar questions of fact and the same question of law and their assignment to the same Judge . . . is likely to effect a substantial savings of judicial effort." L.R. 123(a). Further,

> [i]f the Judge to whom the action with the lower or lowest number has been assigned determines that assignment of the actions to a single Judge is likely to effect a savings of judicial effort or other economies, that Judge is authorized to enter an order reassigning all higher numbered related actions to himself or herself.

L.R. 123(c).

Here, the actions were all brought by the same individual Plaintiff, who asserts the same or similar claims against the various Defendants, arising out of the same event. The cases undoubtedly involve the same or similar questions of fact and law, and the Court finds assignment to the same judge is likely to effect a substantial savings of judicial resources. L.R. 123(a), *see also* L.R. 123(c).

Relating the cases under Local Rule 123, however, merely has the result that all actions are assigned to the same judge, it does not consolidate the actions. Should any party wish to consolidate the actions, that party may file a motion to consolidate under Federal Rule of Civil Procedure 42(a). If the parties agree that consolidation is appropriate, they may file a joint motion or stipulation, along with a proposed order.

Under the regular practice of this Court, related cases are generally assigned to the judge and magistrate judge to whom the first filed action was assigned. IT IS THEREFORE ORDERED that the following actions are reassigned to District Judge Troy L. Nunley and Magistrate Judge Deborah Barnes: 2:19-cv-02090-KJM-DB, 2:19-cv-02094-JAM-DB, and 2:19-cv-02098-TLN-CKD. The captions on those cases shall read: 2:19-cv-02090-TLN-DB, 2:19-cv-02094-TLN-DB, and 2:19-cv-02098-TLN-DB. The motion to dismiss presently filed before Magistrate Judge Carolyn K. Delaney in case number 2:19-cv-02098 is VACATED and shall be refiled before Magistrate Judge Barnes. The Clerk of the Court is to issue the Initial Pretrial Scheduling Order.

IT IS SO ORDERED.

Dated: October 29, 2019

Troy L. Nunley
United States District Judge